General Complaint Form for Pro Se Litigants

FILED
2015 MAR 19  A ᴅ 56
U.S. DISTRICT
N.D. OF A.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-15-P-0463-W

Jesse Cooley Jr

_____
(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.   VS

Department of mental
health and mental
dissibility Retards of
ALABAMA in montdomery AL

(Enter above the full name(s) of the
defendant(s) in this action.)

VS

JBS mental health -
Authority 940 -
montclair Road Suite -
200 Birmingham AL
35213 Phone -
1-205-595-4555

1. At all times hereinafter mentioned, plaintiff was and still is a resident of ALABAMA 1651 Buby Tyler parkway. Plaintiff resides at Tuscaloosa AL 35404 ~~Bryce~~ Bryce hospital

2. Defendant ALABAMA Department of mental health and mental retarded is a corporation incorporated under the laws of Mental health of ALABAMA and has a main office at Montgomery, AL hereto above and is licensed to do business in ALABAMA Same as above. Defendant's official business address is _____.

OR

Defendant _JBS mental health Authority 940 montclair Road Suite 200 Birmingham AL 35213_ is a <u>United States government</u> agency. phone no. 1-205-595-4555

OR

Defendant _ALABAMY Department of mental and mental health_ is a (state agency.) montgomery AL   Retarded

OR

Defendant _The department of mental health_ is a resident of _and mental Retarded_. Defendant resides at _ALABAMA Department of mental and mental Retard-ation montgomery AC_

3. The jurisdiction of this court is invoked pursuant to _To Following, according intention To go along with plead._ (List statutes.)

4. Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

The JBS mental health system only wont your money. No more mental health Inlighten The ALA. Department of mental - Health and mental Retard-ation The jBs. is Funed by The. State) Through The Mental health. and The menta health seem Like Thy should check on The JBS mental health a-uthority. The JbS peple Lie on poor mental patient Take all of Their social security checks and That all They want, No good help for mental problems no-

(2)

how can The JBS give good Treatments under The Lawys. when all They want is money. The mental health were Found on Lawys and Constitutional Lawys See hereto Sercy hospital In mount Vernon ALABAMA) and The Federal Courts Of ALABAMA Now The mental health have me Locked away so The courts cant Reach me or I cant Reach The court I dont know IF you all In The court is aware of so much Conspiracy That The Courts In mobile AL Committed and The mental health in montGomery AL And JBS mental health programs The dont wont To See patient get well they just wont your money The Longer you stay The more money They can Collect. and Sickness ant got nothing To Do with It.

This is The Truth so help me god

Jesse cooley Jr

The Affidavit of mr jesse cooley Jr

I'll take any kind of test to prove that I am in a good state of mine. No longer need help from the Doctors. I, want This Court to order the mental Health To Let me go home to my Family. In Mobile AL I, been Through Too much Crule and unuseual pain and ponishment For no Lawful Reason And I, ask This Court To INVestigate my physical Body Fil with disease From Taking medication So Long. Now They got me Kidnaped

5. Relief $500,000.00 For relief (The AL Dept of mentahealth Too

State briefly exactly what you want the court to do for you. Do not make legal arguments. $500,000.00

I, want This Court To award me 500,000.00 For pain and sufferen disstress after going by laws I, ask This Court To give me a Chang of Vinue To another State, I, ask This Court To Investigate my whole Case. because So much Conspiracy. To keep me Lock up when I Try To get my moned From my old Job. They oe me The Judge in Mobile AL know about the money (a million dollars For Lung-disease

_____        Jessie Cooley
Date                       Signature of Plaintiff

_____        Jesse Cooley Jr
Telephone Number           Name (Please Print)

_____        1651 Ruby Tyler park way
FAX Number (If Available)  Street Address

                           Tuscaloosa ALABAMA    35404
                           City, State          Zip Code

3

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

### OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

IF It's possiable Can I Pay IF I Win my case

Jesse Cooly J
Signature of Plaintiff

Dated: 3-10-2015

7/14/06

4

_____

_____

(Attach additional sheets as needed

## III.  ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding ___all___ pages is true and correct.

pages
as Best That
I Can

Dated: 3-10-2015

Signature: _Jesse Cocey J_
SIGNATURE

as Best oF my ability

WITNESS:

Chirlie Robinson

Brother

Not much Education

5

Honorble Judge

The affidavits of said Mr Jesse Cooley Jr

This affidavit's, all hereto! is Truth so help me god.

I, mr Jesse Cooley Jr have exhausted all Remerdies with The State Court's IN 1982 I had a very bad Emotional problem. When It came down To my Wife and Kids. I ask mr Colman To stay away From my Family. I were working To Take Care OF my Family Best That I could. but he wouldn't Stay away. we got into a alterfercation. I kill him. I went To court in mobile AL I Told The Judge That I had a very Bad emotional problem. I pleaded Tempernaly Insane. The Judge aprove my plead of Timperraly in Sane. When I Left The mobile Jail I should have went Back To Searcy hospital. The doctors told The Judge That I were going back To Searcy hospital but when I look around I were in The Taylor Hardin Security medical hospital in Tuscaloosa They needed patient To help run The Taylor hardin very unlawful for Them To do That.

2  The mental health and
The JBS mental ~~and the~~
   - health authority (matthew Hilyer)

The System have me Kidnaped so I wont Tell The Federal Court about what They did To me and Still is doing It. I've did 22 year's Sence I commit a crime. one more Thing. The US mashell Keep breaking my Door down and put me in Jail. every Time I get Clorse To geting my money From the Job I use To work on. The U.S. mashell had my goverment phone Taped. my house and Cell phone. They Tell The judge To Lock me up, I've got Lung disease, I've heart disease I, have gull bladder disease. I've nurve disease I, have Brokin pevis I've high Blood prussure The judge name is Michael A peter young. The Ship yard ole me Close To a million Dollars I had a Law Suit on The mental health. They put me in Jail mobile County Took all of my medication for 4 month I all most had a heart atack, I were very Sick. They put other peaples in my Cell To Try and get in alterforcation. So They can Keep me in Jail They Knew I've a disease on my Lung so They got The other peoples to Smoke in The Cell I were v. They Beat me, UNTil, I drop The Civil Lawsuit I had on The mental health. I Went home The next day.

## In The Form of a motion

1, I've No money Not enough money To get a Lawyer please Judge appoint me a Lawyer I, don't have enough money To get Nothing and A Jury To say what is Right and what is Wrong. I ask This Court To award me Five hundred Thousand Dollar's For disstress pain unuseual ponishment. because The mental health is Violating Due pricess. I've been Confine'ed For over Two years without cause. according with The Laws see Searcy hospital and The Federal Court. I've Not Commited no Crime. The System is Violated my Consitutional Right For Their own personal reason. and also The Judges In mobile Al and The mental health have cumited a Crime on me got me Locked up because I wouldn't pay room and bord at a Half way house, I Told Them I've worked and payied state Tax's why should I've To pay all over again. In The State System The Judges In The State System Can't Tell me what to do with my goverment Cheek's That Federal Judge only. Then The Judge In mobile. Told me because I want pay room and bord. I've go Back To The Bryce hospital. and pay room and Board Their. Unlawful. The Half house have all kind of elegal → eleggal Drug' In That place. I made a Big misstack and kill a man about my Family I on T. I will never used Druges no more. over

3

mr matthew Hilyer at JBS and The ADM Center Committed a Crime when he Told me If I give him my social security Check I would get out in @ 6 months But the 6 month came and um still here no longer a mental health I am still here problems- money default- I was still their and The mental health gos Right Along with The mr matthew hilyer so They or in Violation of my Constitutional Rights pain and sufferance mental and physical pain. After working along with The system for off and on 25 years. I wont The system To get off my Back. I hope The Judge make Them To Leave me along. By Laws The system Keep putting me in jail without no Bond For Four Time and still putting me in places where I dont belongs The mobile County Jail without Causes. I been Taking my medication For sence 1979 and now um disease up all over my Body. IF The Court want me To show proof ask For my Records in The system. IF They Lie I would Like To have another Doctor To Take a look at my Inside body. Then you will see It For yourself. The mobile County Judge Tilfer mashburn he is pass away. But he Told The mental health To operate on my Bladder. I had an accedent Befor I when To Jail They wouldnt The Searcy hospatal wouldnt For 6 years. They sent me To Taylor hardin in Tuscaloosa They wouldnt operated on my Body now I got Cancer cell

In The Form of a

Come'ing off my heart Just say all over of my body. After waiting for an operation doctors say It Too Late To do anything on my body because of So Long waiting. They wouldn't do what the Judge told or order them to do The system has This obayied The Judge, order So They are discriminating against me. For no reason at all or Because They knew I need new To much Unlawfulness about The system. and been Through Too much mental and physical pain. IF possiable I ask This court To proceed and give The mental health and JBS mental health give them a copy of This or These Form I cant get copy wont no one make me a copy here. and If Theirs To be a hearning I ask This court Order The mental health To bring me To Court Their in Birmingham. Summons Them. IF I Win I will pay. honorble Judge because some peoples like me and some other have mental problems That Do Not Means The person is Crazy You Know. Judge. Mental patient have no chands when The doctors Lie on Them Talting up For each others. The advocate programs Dont work You ask To see The advocate It take one Too Two month before They Come Talk To you but The advocate act Like They or In Favor of The mental health. Without check out Thing. No help.

4

In The Form of motions

The doctors in The mental health Let me Walked around in Searcy hospital and Taylor hardin For over 14 years without giving me an operation on my body. I don't know how I am living, don't know but ask god. I don't know I went Through all of The programs 100% For 15 years. Now The hospital is just holding me. When offical and judges don't go by Laws Consitutional Laws. Causes The one who go by Laws Suffer The most. They also Controlling patient with Contraban. If you don't do This or That you don't smoke, at The adom Center where we go To every monday wend Fri no Food if you don't do This or That unlawfullness by mr matt and his worker at The center. Can say That I compley with The laws 10 by The Laws For rest of my Life And if they wont Too Violate The laws That's Them not me. I, ask This Court To investagate my whole case. Thanks For your Time I, pray. Dont have much Education, please help me.

oow.

Judge Michael A. Young Peter
In the Mobile Circuit Court

The Judge Michael A Young Peter IN The Circuit Court is being bias prejudice against me. Using his Circuit Court power IN a personal way he dont want me out because I Told him about The drugs in The groupe home, and I Told him That The matt The groupe home director at JBS. had another patient To Set other patient Up by getting Them To Smoke Jope with him Then he gos back To The Nurse and Tell Them That other patient or was Smoking Drugs Then That give The matt To The right To hold Them and get longer room a Board out Of The patient Funs, I ask god To Forgive me For Cause a man death But he were In The wrong— I cant Live around Drugs That's What Cause me To Kill That man. So I went To Court In mobile I through That They were going To Let me go home But The matt took me To a Circuit Court To Try and get The Judge To make or order me To give my Social Security over to Them. But The Judge IN mobile Circuit Court Knew he Could not Do That and after that The matt Told me he were going To get The Judge To Lock me up. and That's What he did. So um Back here In Bryce hospita Because I wouldn't pay room and Board UnLawFulINE. I will Never used Drugs againe, and I've The right To be treated In a LawFull group home or halF way hove